UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-139-HZ |
| v. | INDICTMENT |
| JULIAN RAY NEVAREZ, | 18 U.S.C. § 875(c) |
| Defendant. | <u>UNDER SEAL</u> |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Threatening Interstate Communication)
(18 U.S.C. § 875(c))

On or about February 18, 2021, in the District of Oregon, defendant **JULIAN RAY NEVAREZ**, knowingly did transmit in interstate and foreign commerce a communication from within the State of Idaho, to the State of Oregon, by making a phone call to Adult Victim 1 (AV-1), an employee at Lincoln High School in Portland Oregon, and the communication contained a threat to kill and injure occupants of Lincoln High School;

In violation of Title 18, United States Code, Section 875(c).

/ / / /

/ / / /

/ / / /

Indictment	Page 1
Revised April 2018

## COUNT 2
### (Threatening Interstate Communication)
### (18 U.S.C. § 875(c))

On or about March 1, 2021, in the District of Oregon, defendant **JULIAN RAY NEVAREZ**, knowingly did transmit in interstate and foreign commerce a communication from within the State of Idaho, to the State of Oregon, by making a phone call to Adult Victim 2 (AV-2), a Portland Police Bureau Officer who had been investigating a bomb threat made to Lincoln High School in Portland Oregon, and the communication contained a threat to injure and kill AV-2's family members;

In violation of Title 18, United States Code, Section 875(c).

Dated: April 21, 2021                                    A TRUE BILL.

                                                         OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

PETER D. SAX
Assistant United States Attorney

**Indictment**                                                              **Page 2**